OPINION — AG — ** DUAL OFFICE HOLDING — COUNTY HOSPITAL BOARD ** A PHYSICIAN WHO IS A MEMBER OF THE MEDICAL STAFF OF A COUNTY HOSPITAL MAY 'NOT' SIMULTANEOUSLY BE APPOINTED TO AND SERVE ON THE BOARD OF CONTROL OF THE SAME HOSPITAL. (COUNTY, COUNTIES, MUNICIPALITY, BOARD) CITE: OPINION NO. 69-333, OPINION NO. 71-246, 19 O.S. 790.1 [19-790.1] (DANIEL J. GAMINO)